IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EARL HODGE,

    Petitioner,
v.                                                                       CASE NO. 4:05-cv-00167-MP-AK

JAMES V CROSBY,

    Respondent.
_____/

**O R D E R**

       This matter is before the Court on Doc. 7, Report and Recommendation of Magistrate Judge Kornblum, recommending that the Petition, Doc. 1, for writ of habeas corpus be denied and that this cause be dismissed as untimely. The Magistrate Judge filed the Report and Recommendation on Wednesday, May 18, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Petitioner has objected to the Report and Recommendation, Doc. 8.

       Petitioner does not object to the finding that his Petition is untimely. He argues instead that the statute of limitations should be equitably tolled. Petitioner does not state any grounds to justify equitable tolling. In fact, he even states "Petitioner may have defaulted and is unable show cause for such default . . ." Doc. 8. Petitioner does argue, however, that he is actually innocent and that in cases where actually innocence is demonstrated, the court may waive a procedural default. Petitioner cites <u>United States v. Montano</u> for the proposition that "in an extraordinary case, where a constitutional violation has probably resulted in the conviction of one

who is actually innocent, a federal habeas court may grant the writ even in the absence of a showing of cause for the procedural default."  398 F.3d 1276, 1280 (2005), quoting, Murray v. Carrier, 477 U.S. 478, 496 (1986).  Because Petitioner did not specifically raise or highlight in the Petition his claim for relief from procedural default due to "actual innocence", the Magistrate Judge did not address this issue.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted in part and rejected in part.

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted in part and incorporated by reference in this order.

2. The Court finds that the Petition, Doc. 1, is untimely and does not qualify for equitable tolling.

3. The Court remands to the Magistrate Judge the issue of whether Petitioner qualifies for a waiver of his procedural default due to the "actual innocence" doctrine.

**DONE AND ORDERED** this __8th__ day of August, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge