IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EARL HODGE,

    Petitioner,

v.                                                            CASE NO. 4:05c-v-00167-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Second Report and Recommendation of the Magistrate Judge, recommending that Petitioner Hodge's Petition for Writ of Habeas Corpus, Doc. 1, be dismissed.  The Magistrate Judge filed the Report and Recommendation on Friday, August 10, 2007.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made.  In this instance, however, no objections have been filed.

By prior order, the Magistrate was directed to address Petitioner's claim of actual innocence.  In the Second Report and Recommendation, the Magistrate states that because Petitioner's claim of actual innocence is not supported by *new* evidence, but rather seeks to argue the sufficiency of the evidence, Petitioner has failed to state a constitutional violation excusing the untimeliness of the petition.  The Court agrees with the Magistrate.  Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 19, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, Doc. 1, is DENIED, and this case is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this   *20th* day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge